MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>SATICOY BAY LLC SERIES 7340 VINCA;<br><br>Defendant. | Case No.: 2:16-cv-02569-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT [ECF Nos. 28 and 31]**<br><br>**[FIRST REQUEST]** |
| SATICOY BAY LLC SERIES 7340 VINCA,<br><br>Counterclaimant,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC;<br><br>Counterdefendant. | |

Plaintiff/Counterdefendant Nationstar Mortgage LLC (**Nationstar**) and Defendant/Counterclaimant Saticoy Bay LLC Series 7340 Vinca (**Saticoy Bay**) hereby stipulate and agree to the following:

1. Nationstar filed its countermotion for summary judgment on April 4, 2019 [ECF No. 28].

2. Saticoy Bay filed its motion for summary judgment on April 24, 2019 [ECF No. 31].

3. Saticoy Bay filed its opposition to Nationstar's countermotion for summary judgment on April 25, 2019 [ECF No. 32].

1

48850363;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

4. The deadline for Nationstar to file the reply supporting its countermotion for summary judgment is currently May 9, 2019 [ECF No. 32].

5. The deadline for Nationstar to file the opposition to Saticoy Bay's motion for summary judgment is currently May 15, 2019 [ECF No. 31].

6. The parties stipulate to extending the deadline up to and including **May 17, 2019** for Nationstar to file its reply supporting in countermotion for summary judgment and opposition to Saticoy Bay's motion for summary judgment.

This is the parties' first request for an extension of these deadlines, and is not intended to cause any delay or prejudice to any party.

DATED May 9th, 2019.

| | |
|---|---|
| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ. LTD.** |
| */s/ Donna M. Wittig* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 | */s/ Michael F. Bohn* <br> MICHAEL F. BOHN, ESQ. <br> Nevada Bar No. 1641 <br> ADAM R. TRIPPIEDI, ESQ. <br> Nevada Bar No. 12294 <br> 2260 Corporate Circle, Suite 480 <br> Henderson, Nevada 89074 |
| *Attorneys for Nationstar Mortgage LLC* | *Attorneys for Saticoy Bay LLC Series 7340 Vinca* |

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT COURT JUDGE**
Dated: May 9, 2019.

2

48850363;1