UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>    Plaintiff<br><br>v.<br><br>SATICOY BAY LLC SERIES 7340 VINCA,<br><br>    Defendant | Case No.: 2:16-cv-02569-APG-BNW<br><br>**Order Denying Motions as Moot**<br><br>[ECF Nos. 26, 28, 31] |

In light of the parties' notice of settlement (ECF No. 40),

IT IS ORDERED that the parties' pending motions **(ECF Nos. 26, 28, 31) are DENIED as moot**.

DATED this 13th day of August, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE