MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for plaintiff/counterdefendant Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>SATICOY BAY LLC SERIES 7340 VINCA;<br><br>Defendant. | Case No.: 2:16-cv-02569-APG-BNW<br><br>**STIPULATION AND ORDER DISMISSING ALL CLAIMS WITH PREJUDICE AND EXPUNGING LIS PENDENS** |
| SATICOY BAY LLC SERIES 7340 VINCA,<br><br>Counterclaimant,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC;<br><br>Counterdefendant. | |

Plaintiff/counterdefendant Nationstar Mortgage LLC and defendant/counterclaimant Saticoy Bay LLC Series 7340 Vinca, by and through their respective counsel of record, hereby stipulate to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own attorney's fees and costs.

/ / /

/ / /

1

49593343;1

The parties further agree that the lis pendens recorded against the property located at 7340 Vinca Road, Las Vegas, Nevada 89113, APN 176-10-511-107, on December 28, 2016 as instrument no. 201612280002108 shall be released and expunged. Each party may record this stipulation and order in the property's records.

DATED November 27th, 2019

| **AKERMAN LLP** | **LAW OFFICE OF MICHAEL F. BOHN** |
|---|---|
| */s/ Melanie D. Morgan* | */s/ Adam R. Trippiedi* |
| MELANIE D. MORGAN, ESQ. | MICHAEL F. BOHN, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 1641 |
| DONNA M. WITTIG, ESQ. | ADAM R. TRIPPIEDI, ESQ. |
| Nevada Bar No. 11015 | Nevada Bar No. 12294 |
| 1635 Village Center Circle, Suite 200 | 2260 Corporate Circle, Suite 480 |
| Las Vegas, Nevada 89134 | Henderson, Nevada 89074 |
| *Attorneys for plaintiff/counterdefendant Nationstar Mortgage LLC* | *Attorney for defendant/counterclaimant Saticoy Bay LLC Series 7340 Vinca* |

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

Dated: November 27, 2019.

49593343;1